```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
```

Patricia Wickes,

                       Plaintiff,                  **RESCHEDULING ORDER**

       -against-                           19 Civ. 10673 (PMH) (AEK)

Westfair Electric Co.,

                       Defendant.
```
---------------------------------------------------------------X
```

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The telephonic settlement conference in this matter is hereby rescheduled from July 14, 2021 at 2:15 p.m. to **Friday, August 20, 2021 at 2:15 p.m.**

      No later than two (2) business days prior to the conference, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

      Parties – not just the attorneys – must attend the settlement conference. Corporate parties must send a representative with decision-making authority to settle the matter. Where liability insurance is involved, a decision-making representative of the carrier must attend unless specifically excused by the Court.

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the

teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: July 12, 2021
      White Plains, New York

**SO ORDERED.**

_____
Andrew E. Krause
United States Magistrate Judge